# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1.  CRYSTAL L. ELMORE,       )<br>                                                      )<br>         Plaintiff,                            )<br>                                                      )<br>v.                                                  )<br>                                                      )<br>1.  ATI Insurance Group, Inc., a Domestic )<br>     for Profit Business Corporation,    )<br>                                                      )<br>         Defendant.                        )   | Case No. 14-CV-421-TCK-TLW |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** Crystal L. Elmore and Defendant ATI Insurance, Inc., by and through their respective attorneys of record, and jointly stipulate to dismissing this matter with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  All claims related to this matter are hereby dismissed with prejudice to the re-filing of the same, and neither party asserts or admits to any liability on the part of either party.  Each party will bear her /its own costs related to this matter.  As a result of this dismissal, there are no remaining defendants or claims.

Respectfully submitted,

**KEESLING LAW GROUP, PLLC**

 /s/ Timothy S. Kittle
David R. Keesling, OBA No. 17881
Timothy S. Kittle, OBA No. 21979
401 South Boston Avenue
Mid-Continent Tower, Suite 450
Tulsa, Oklahoma 74136
(918) 924-5101 – Telephone
(918) 512-4888 – Facsimile
David@KLGattorneys.com
Tim@KLGattorneys.com
*Attorneys for Plaintiff:*
*Crystal L. Elmore*

       \*/s/ Courtney Bru
*(\*Signed with consent of Counsel for Defendant)*
Courtney Bru, OBA No. 21115
**MCAFEE & TAFT**
1717 South Boulder Avenue, Suite 900
Tulsa, Oklahoma 74119
(918) 574-3052 – Telephone
(918) 574-3152 – Facsimile
courtney.bru@mcafeetaft.com
*Attorneys for Defendant:*
*ATI Insurance Group, Inc.*